1 **LAW OFFICES OF**
**EDWARD B. CHATOIAN**
2 2607 Fresno Street, Suite C
**Fresno, California 93721**
TELEPHONE (559) 485-0101
3 FAX (559) 485-7643

4 EDWARD B. CHATOIAN II #63957

5 Attorneys for Plaintiff THERESA DISNEY

6
UNITED STATES DISTRICT COURT
7
FOR THE EASTERN DISTRICT OF CALIFORNIA
8
* * * * *
9

| | | |
|---|---|---|
| 10 THERESA DISNEY, | ) | Case No. 1:12-cv-00484-AWI-GSA |
| | ) | |
| 11                       Plaintiff, | ) | PLAINTIFF'S REQUEST FOR |
| | ) | DISMISSAL OF KENWORTH, WITHOUT |
| 12      v. | ) | PREJUDICE; ORDER DISMISSING |
| | ) | DEFENDANT KENWORTH WITHOUT |
| 13 | ) | PREJUDICE |
| KENWORTH and DOES 1 through 50, | ) | |
| 14 inclusive, | ) | |
| | ) | |
| 15                       Defendants. | ) | |
| | ) | |

16

17      NOTICE IS HEREBY GIVEN that Plaintiff THERESA DISNEY

18 dismisses Defendant KENWORTH.  This dismissal is to Defendant KENWORTH

19 only and is without prejudice.

20      Dated:  June 6, 2012          LAW OFFICES OF EDWARD B. CHATOIAN

21
                                  By: /s/ Edward B. Chatoian II
22                                     EDWARD B. CHATOIAN II
                                       Attorneys for Plaintiff THERESA DISNEY
23

24

25

26

27

28

<u>ORDER</u>

IT IS HEREBY ORDERED that Defendant KENWORTH is dismissed from this action, without prejudice.

IT IS SO ORDERED.

Dated: June 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2