**LAW OFFICES OF**
**EDWARD B. CHATOIAN**
2607 Fresno Street, Suite C
**Fresno, California 93721**
TELEPHONE (559) 485-0101
FAX (559) 485-7643

EDWARD B. CHATOIAN II #63957

Attorneys for Plaintiff THERESA DISNEY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| THERESA DISNEY,<br><br>               Plaintiff,<br><br>  v.<br><br>KENWORTH and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 1:12-cv-00484-AWI-GSA<br><br>PLAINTIFF'S REQUEST FOR DISMISSAL OF KENWORTH, WITHOUT PREJUDICE; ORDER DISMISSING DEFENDANT KENWORTH WITHOUT PREJUDICE |

NOTICE IS HEREBY GIVEN that Plaintiff THERESA DISNEY dismisses Defendant KENWORTH.  This dismissal is to Defendant KENWORTH only and is without prejudice.

Dated:  June 6, 2012        LAW OFFICES OF EDWARD B. CHATOIAN

                              By: /s/ Edward B. Chatoian II
                                  EDWARD B. CHATOIAN II
                                  Attorneys for Plaintiff THERESA DISNEY

<u>ORDER</u>

IT IS HEREBY ORDERED that Defendant KENWORTH is dismissed from this action, without prejudice.

IT IS SO ORDERED.

Dated: June 7, 2012

CHIEF UNITED STATES DISTRICT JUDGE