1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THERESA DISNEY, | ) | 1:12-cv-0484 AWI GSA |
| Plaintiff, | ) ) | ORDER VACATING |
| v. | ) ) | HEARING DATE OF OCTOBER 29, 2012 AND |
| KENWORTH and DOES 1 through 50, inclusive, | ) ) | TAKING MOTIONS UNDER SUBMISSION |
| Defendants. | ) ) ) | |
| | ) | |

In this action for damages by plaintiff Theresa Disney ("Plaintiff") against defendant Capacity of Texas ("Defendant"), Defendant has noticed a motion to dismiss or for a more definite statement.  The matter was scheduled for oral argument to be held October 29, 2012. The Court has reviewed Defendant's motion, Plaintiff's opposition and Defendant's reply and finds that the matter is suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of October 29, 2012, is VACATED, and no party shall appear at that time.  As of October 29, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    October 25, 2012

1          CHIEF UNITED STATES DISTRICT JUDGE

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  2