UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA DISNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>KENWORTH et al.,<br><br>    Defendants | **12-cv-484 AWI-GSA**<br><br>**ORDER GRANTING LIBERTY MUTUAL INSURANCE COMPANY'S MOTION TO INTERVENE**<br><br>**(Docs. 50 and 55)** |

On March 14, 2014, Liberty Mutual Insurance Company ("Liberty Mutual") filed a Complaint in Intervention. (Doc. 50). It subsequently filed a Motion to Intervene on April 16, 2014. (Doc. 55). Defendant Capacity of Texas, Inc. filed a non-opposition to the motion on April 4, 2014. (Doc.53). Plaintiff, Theresa Disney ("Plaintiff") also filed a non-opposition on April 29, 2014. (Doc. 58).

The Court has taken the matter under submission pursuant to Local Rule 230(g). Liberty Mutual filed this motion because it paid Plaintiff workers' compensation benefits as a result of personal injuries Plaintiff sustained at work which are at issue in this case. None of the parties oppose the motion. Additionally, it appears that Liberty Mutual has a direct interest in the outcome of this case. Accordingly, Liberty Mutual's Motion to Intervene pursuant to Federal

1

Rule of Civil Procedure 24 is GRANTED.  The Complaint in Intervention is deemed filed as of the date of the signing of this order.

IT IS SO ORDERED.

   Dated: __**May 7, 2014**__                           __/s/ Gary S. Austin__
                                                          UNITED STATES MAGISTRATE JUDGE